**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
David Greco (SBN 299635)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone:   (619) 325-0492
Facsimile:   (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: dgreco@nicholaslaw.org

**GLICK LAW GROUP, P.C.**
Noam Glick (SBN 251582)
225 Broadway, Suite 2100
San Diego, California 92101
Telephone: (619) 382-3400
Facsimile:   (619) 615-2193
Email: noam@glicklawgroup.com

Attorneys for Plaintiffs
CIERRA DAVIS and AMBER MOORE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIERRA DAVIS, on behalf of herself and on behalf of other current and former employees similarly situated; and AMBER MOORE, on behalf of herself and on behalf of other current and former employees similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>RED EYED JACK'S SPORTS BAR, INC. dba CHEETAHS GENTLEMEN'S CLUB or CHEETAHS NIGHTCLUB, a Nevada Corporation; SUZANNE COE, an individual; RICH BUONANTONY, an individual.<br><br>Defendants. | **Case No. 17-cv-01111-BEN-JMA**<br><br>**NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**<br><br>**Date:** June 18, 2018<br>**Time:** 10: 30 a.m.<br>**Courtroom:** 5A<br><br>**Judge:** Hon. Roger T. Benitez<br>**Magistrate:** Hon. Jan. M. Adler<br><br>**Action Filed:** May 31, 2017<br>**Trial Date:** None Set |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Plaintiffs Cierra Davis and Amber Moore (collectively "Plaintiffs") hereby lodge true and correct copies of the following documents with the Court in support of their Motion for Conditional Certification:

| Exhibit | Description |
|---|---|
| **A.** | Excerpts from Transcript of Deposition of Rich Buonantony. *Moore v. Red Eyed Jack's Sports Bar, Inc., et al.*, San Diego Superior Court Lead Case No. 37-2015-00011803-CU-CT-CTL (Consolidated with *Hayes v. Red Eyed Jack's Sports Bar, Inc., et al.*, S.D.S.C. Case No. 37-2015-0020911-CU-CT-CTL). May 11, 2016. |
| **B.** | Excerpts from Transcript of Deposition of Suzanne Coe. *Moore v. Red Eyed Jack's Sports Bar, Inc., et al.*, S.D.S.C. Lead Case No. 37-2015-00011803-CU-CT-CTL. April 20, 2016. |
| **C.** | Excerpts from Transcript of Deposition of Amber Moore. *Moore v. Red Eyed Jack's Sports Bar, Inc., et al.*, S.D.S.C. Lead Case No. 37-2015-00011803-CU-CT-CTL. October 21, 2015 |

[*Rest of page intentionally left blank.*]

**D.** Excerpts from Transcript of Deposition of Jasmine Hayes. *Moore v. Red Eyed Jack's Sports Bar, Inc., et al.*, S.D.S.C. Lead Case No. 37-2015-00011803-CU-CT-CTL. October 13, 2017.

**E.** Excerpts from Transcript of Deposition of Khadijah Sief. *Moore v. Red Eyed Jack's Sports Bar, Inc., et al.*, San Diego Superior Court Lead Case No. 37-2015-00011803-CU-CT-CTL. September 13, 2017.

Dated: May 7, 2018                                      **NICHOLAS & TOMASEVIC, LLP**

By:   */s/ David G. Greco*
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
David Greco (SBN 299635)
225 Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: dgreco@nicholaslaw.org

**GLICK LAW GROUP, P.C.**
Noam Glick (SBN 251582)
225 Broadway, Suite 2100
San Diego, CA 92101
Telephone: (619) 382-3400
Facsimile: (619) 615-2193
Email: noam@glicklawgroup.com

*Attorneys for Plaintiffs*