# EXHIBIT A

Rich Buonantony  5/11/2016

```
 1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2               IN AND FOR THE COUNTY OF SAN DIEGO

 3

 4

 5   AMBER MOORE, on behalf of   )
     herself and on behalf of    )
 6   other current and former    )
     employees,                  )
 7                               )
                 Plaintiff,      )
 8                               )
          vs.                    ) Case No.: 37-2015-00011803-CU-CT-CTL
 9                               )
     RED EYED JACK'S SPORTS BAR,)
10   INC. dba CHEETAHS           )
     GENTLEMEN'S CLUB or         )
11   CHEETAHS NIGHTCLUB, a       )
     Nevada Corporation;         )
12   SUZANNA COE, AN INDIVIDUAL;)
     and ROES 1-100,             )
13                               )
                 Defendants.     )
14   _____)

15

16            DEPOSITION OF RICH BUONANTONY,

17   taken by the Plaintiff, commencing at the hour of

18   10:00 a.m. on Wednesday, May 11, 2016, at 225 Broadway,

19   19th Floor, San Diego, California, before

20   Martha Ojeda-Jimenez, CSR No. 13574, in and for the

21   State of California.

22

23

24

25
```

Rich Buonantony  5/11/2016

1   classify the dancers as independent contractors in San
2   Diego?
3          MR. HOFFMAN:  Objection.  Calls for a legal
4   reasoning.  Classification.
5          THE WITNESS:  No, I don't.
6   BY MR. TOMASEVIC:
7      Q    They were independent contractors before you
8   ever came on board in San Diego?
9      A    Yes.
10     Q    Were the dancers in the Las Vegas Cheetahs
11  required to tip out?
12     A    They paid a house.
13     Q    They paid a house fee, but did they also tip
14  out the DJ and the doorman and the manager?
15     A    No.
16     Q    They never did?
17     A    If they wanted to on their own.
18     Q    How about in San Diego?  Do the dancers tip out
19  the doorman and the manager and the DJ?
20     A    Yes, if they want to.
21     Q    Well, if they tip out, they've got to tip out
22  10 percent to the manager, 5 percent to the doorman, 5
23  percent to the DJ?
24     A    Yes.
25     Q    You --

Rich Buonantony  5/11/2016

```
1    Q    What was it before then?
2    A    Pool tables.
3    Q    So there was no such thing as the Ice Box --
4    A    Correct.
5    Q    Now, this $10 dance fee that was -- whose idea
6    was that?  Why 10?  Why not 11?  Why not 15?
7    A    That's been that way.
8    Q    Who set that?
9    A    That was the pricing when I got there.
10   Q    Let's go to a typical day for a dancer showing
11   up for a shift or showing up to dance.
12        They pay a house fee; right?
13   A    Yes.
14   Q    And there's some kind of formula that would
15   dictate, based upon certain circumstances, how much the
16   house fee will be for that particular person or day;
17   right?
18   A    Yes.  There's different -- there's different
19   house fees.
20   Q    How's the house fee set?
21   A    Day shift is 45.  And then, I believe, the
22   house fee goes up at night every couple of hours.
23   Q    Where does it start and how high does it go?
24   A    Fifty to 70 or 80, I believe.
25   Q    And that's at night?
```

Rich Buonantony  5/11/2016

1       A     Yes.

2             MR. HOFFMAN:  I know we're rolling right now,

3    but can we take a quick break?  It's 3:30.

4             MR. TOMASEVIC:  Yeah.

5             (Recess was taken.)

6    BY MR. TOMASEVIC:

7       Q     When the dancer tips out the manager, who does

8    that refer to?  That means the manager on the floor that

9    night, like you or Mr. Bogart?

10      A     Yes.

11      Q     At any point in time, has Cheetahs ever paid

12   any dancer a minimum wage?

13      A     Not that I know of.

14      Q     Has any dancer ever been treated as a W-2

15   employee?

16      A     Not that I'm aware of.

17      Q     Has Cheetahs ever paid any dancer any overtime?

18      A     Not that I'm aware of.

19      Q     Has Cheetahs ever given any dancer wage

20   statements?

21      A     Not that I'm aware of, no.

22      Q     Does Cheetahs require the dancers to report or

23   record the money they earn in a given night at all?

24      A     No, they do not.

25      Q     Does Cheetahs have a kitchen?

Rich Buonantony  5/11/2016

```
 1   I, MARTHA OJEDA-JIMENEZ, CSR No. 13574, Certified
 2   Shorthand Reporter for the State of California, do
 3   hereby certify:
 4
 5   That the witness in the foregoing deposition was by me
 6   first duly sworn to testify to the truth, the whole
 7   truth and nothing but the truth in the foregoing cause;
 8   that the deposition was taken by me in machine shorthand
 9   and later transcribed into typewriting, under my
10   direction, and that the foregoing contains a true record
11   of the testimony of the witness.
12
13   Dated: This_____day of_____, 2016,
14   at San Diego, California.
15
16
17
18
19                    _____
20                         MARTHA OJEDA-JIMENEZ
21                            CSR No. 13574
22
23
24
25
```