# EXHIBIT C

```
 1          SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
 2                          (Central Division)
 3      _____
                                      )
 4      AMBER MOORE, on behalf        )            ORIGINAL
        of herself and on behalf      )
 5      of other current and          )
        former employees,             )
 6                                    )
                   Plaintiff,         )
 7                                    )
              vs.                     )   CASE NO.:  37-2015-00011803
 8                                    )              CU-CT-CTL
        RED EYED JACK'S SPORTS        )
 9      BAR, INC. dba CHEETAH'S       )
        GENTLEMEN'S CLUB or           )
10      CHEETAH'S NIGHTCLUB, a        )
        Nevada corporation;           )
11      SUZANNA COE, an               )
        individual; and ROES          )
12      1-100,                        )
                                      )
13                 Defendants.        )
        _____)
14
15
16            VIDEOTAPED DEPOSITION OF AMBER MOORE
17                    San Diego, California
18                Wednesday, October 21, 2015
19                         Volume I
20
21      Reported by:
22      TAMEKA N. JONES
23      CSR No. 13417
24      Job No. 2148861
25      PAGES 1 - 132
```

Page 1

| | | | |
|---|---|---|---|
| 1 | A | No. | 10:32:50 |
| 2 | Q | Did you fill out any other paperwork? | 10:32:51 |
| 3 | A | No. | 10:32:56 |
| 4 | Q | Let me go back to The Library. When you say you get paid in cash, does the club pay you the cash? | 10:33:02 10:33:05 |
| 6 | A | No. | 10:33:09 |
| 7 | Q | Who pays you the cash? | 10:33:09 |
| 8 | A | Customers. | 10:33:11 |
| 9 | Q | And then do you have to pay The Library? | 10:33:12 |
| 10 | A | Yes. | 10:33:16 |
| 11 | Q | And how much do you have to pay them? | 10:33:17 |
| 12 | A | Depends on the night. | 10:33:21 |
| 13 | Q | Well, give me an example. | 10:33:25 |
| 14 | A | So Thursday -- if I show up at Thursday night if I check in by 7:00, I pay a $40 house fee. And then depending on how much money I make, I tip out 10 percent to the -- the -- well, they call them tracker -- the tracker and the deejay. | 10:33:27 10:33:32 10:33:36 10:33:40 10:33:44 |
| 19 | Q | What does the tracker do? | 10:33:46 |
| 20 | A | He records my dances or everybody's dances. He's basically like another bouncer. | 10:33:48 10:33:53 |
| 22 | Q | What's his name? | 10:34:03 |
| 23 | A | Ron. | 10:34:04 |
| 24 | Q | And you don't know his full name? | 10:34:06 |
| 25 | A | No. | 10:34:08 |

```
 1    BY MR. HOFFMAN:                                      11:07:43
 2        Q    Right now I will ask, what did he tell you  11:07:44
 3    the policies were?                                   11:07:46
 4        A    He basically explained how the club worked, 11:07:50
 5    which rooms were which, how much they were, stage    11:07:54
 6    rotation.  And he is the one that specifically told  11:07:58
 7    me that any dollar I made within those four walls, I 11:08:02
 8    needed to tip out on.  And Vinnie was standing right 11:08:06
 9    there as well.                                       11:08:11
10        Q    Did you talk to Vinnie during that time?    11:08:13
11        A    During the time of talking to the door guy? 11:08:16
12    No.                                                  11:08:20
13        Q    What exactly did he say?  Did he -- those   11:08:20
14    were his exact words, any dollar you made in those   11:08:23
15    four walls --                                        11:08:27
16        A    Yes.                                        11:08:28
17        Q    -- you needed to tip out on?                11:08:29
18        A    Yes.                                        11:08:32
19        Q    Did he say anything else?                   11:08:32
20        A    I don't understand exactly what you're      11:08:34
21    asking.                                              11:08:36
22        Q    Did he say anything else about that?        11:08:37
23        A    About the dollars?                          11:08:38
24        Q    Yeah.                                       11:08:41
25        A    About tipping out?                          11:08:41
```

Page 57

| | | | |
|---|---|---|---|
| 1 | Q | Yes. | 11:08:42 |
| 2 | A | He explained that 10 percent went to | 11:08:43 |
| 3 | | management, 5 percent went to deejay, and 5 percent | 11:08:46 |
| 4 | | went to the door guy. | 11:08:51 |
| 5 | Q | And you don't recall how much money you made | 11:08:52 |
| 6 | | that night? | 11:08:56 |
| 7 | A | No. | 11:08:57 |
| 8 | Q | Did you talk to Vinnie? | 11:09:05 |
| 9 | | MR. GLICK: Vague as to time. | 11:09:09 |
| 10 | BY MR. HOFFMAN: | | 11:09:11 |
| 11 | Q | Did you talk to Vinnie that night? | 11:09:11 |
| 12 | A | Yes. | 11:09:14 |
| 13 | Q | What -- what was your conversation with | 11:09:15 |
| 14 | | Vinnie? How long was it? | 11:09:19 |
| 15 | A | Not very long. Maybe a few minutes. | 11:09:21 |
| 16 | Q | And what did Vinnie say to you? | 11:09:24 |
| 17 | A | Vinnie is the one that I asked if I could | 11:09:27 |
| 18 | | audition, and he told me that he didn't do auditions; | 11:09:30 |
| 19 | | he just let you see how you did. And I said I wanted | 11:09:34 |
| 20 | | to work nights, and he said I needed to be approved | 11:09:37 |
| 21 | | to work nights. | 11:09:40 |
| 22 | Q | And who told you to go on the stage? | 11:09:44 |
| 23 | A | I was directed -- I -- I can't remember if | 11:09:50 |
| 24 | | it was Vinnie or -- I believe it was the door guy | 11:09:52 |
| 25 | | that took me to the deejay, and they put me on stage | 11:09:55 |

|  |  |  |  |
|---|---|---|---|
| 1 | Q | How did you get your schedule? | 11:49:31 |
| 2 | A | Classify schedule. | 11:49:34 |
| 3 | Q | The hours that you work. | 11:49:37 |
| 4 | A | Well, since you had to pay more the later | 11:49:43 |
| 5 | | you came in, I would check in at the earliest of | 11:49:48 |
| 6 | | base.  So I would check in at between 6:00 and 7:00, | 11:49:52 |
| 7 | | usually at 6:00, to pay $40 so I didn't pay higher | 11:49:55 |
| 8 | | base. | 11:50:01 |
| 9 | Q | But who told you what your schedule was? | 11:50:02 |
| 10 | A | No one other than that. | 11:50:05 |
| 11 | Q | Other than what? | 11:50:07 |
| 12 | A | Than having to pay a later house the later I | 11:50:09 |
| 13 | | went in and having to be approved for nightshifts. | 11:50:12 |
| 14 | Q | All right.  What are the rules at Cheetah's. | 11:50:19 |
| 15 | | Tell me all of them that you -- | 11:50:27 |
| 16 | | MR. GLICK:  Vague and ambiguous. | 11:50:29 |
| 17 | | BY MR. HOFFMAN: | 11:50:30 |
| 18 | Q | Tell me all of them that you know. | 11:50:30 |
| 19 | A | The ones that I can think of off the top of | 11:50:32 |
| 20 | | my head would be if you weren't on stage, you had to | 11:50:35 |
| 21 | | be working the floor.  You had to do your stage | 11:50:39 |
| 22 | | rotation.  You have to tip out.  You have to pay your | 11:50:44 |
| 23 | | house fee.  You had to work a minimum of five hours. | 11:50:50 |
| 24 | | You have to wear high heels.  And your outfit at | 11:51:05 |
| 25 | | least needs to be covering your nipples -- your | 11:51:11 |

Page 82

| | | |
|---|---|---|
| 1 | privates, I should say. And my underwear needed to | 11:51:16 |
| 2 | be at least 2 inches are the ones I can think of off | 11:51:30 |
| 3 | the top of my head. | 11:51:33 |
| 4 | Q    What do you mean your underwear had to be | 11:51:34 |
| 5 | 2 inches. Can you -- | 11:51:36 |
| 6 | A    Like, it couldn't be like a simple G-string. | 11:51:37 |
| 7 | It needed to be, like, a 2-inch. | 11:51:41 |
| 8 | Q    And are you familiar with the San Diego | 11:51:46 |
| 9 | municipal code that is called the 6 foot rule? | 11:51:52 |
| 10 | A    Yes. | 11:51:55 |
| 11 | Q    What is that? | 11:51:55 |
| 12 | A    You -- the way I had learned about it was at | 11:51:56 |
| 13 | Goldfingers. And it was while you are nude, you need | 11:52:01 |
| 14 | to be 6 feet away from the customer. | 11:52:05 |
| 15 | Q    Okay. Did they tell you what nude was? | 11:52:07 |
| 16 | A    Fully nude. | 11:52:10 |
| 17 | Q    That's how you understand -- | 11:52:11 |
| 18 | A    Or topless, yes. | 11:52:13 |
| 19 | Q    Or topless? | 11:52:15 |
| 20 | A    Yes. | 11:52:16 |
| 21 | Q    And that's how you -- | 11:52:18 |
| 22 | MR. SHERMAN: Well, which one, fully nude or | 11:52:19 |
| 23 | topless? | 11:52:22 |
| 24 | THE WITNESS: Anytime you're missing a piece | 11:52:23 |
| 25 | of clothing, you need to be 6 feet away. | 11:52:26 |

Page 83

| | | |
|---|---|---|
| 1 | BY MR. HOFFMAN: | 11:52:29 |
| 2 | Q  Do you understand that to mean if your | 11:52:30 |
| 3 | nipple is exposed, you need to be 6 feet away? | 11:52:33 |
| 4 | A  If you take it that way, I would -- yes. | 11:52:37 |
| 5 | Q  So that's your understanding of what the 6 | 11:52:40 |
| 6 | foot law is, that if your nipple is exposed, by law, | 11:52:44 |
| 7 | you have to be over 6 feet away? | 11:52:45 |
| 8 | A  I mean, if your nipple is popping out of | 11:52:45 |
| 9 | your bra while you're walking around, I didn't | 11:52:49 |
| 10 | interpret it that way. | 11:52:53 |
| 11 | Q  All right.  Okay.  And were these rules | 11:52:58 |
| 12 | given to you in writing? | 11:53:01 |
| 13 | A  I don't recall. | 11:53:06 |
| 14 | Q  Do you have any pieces of paper in your | 11:53:11 |
| 15 | possession that are rules from Cheetah's? | 11:53:17 |
| 16 | A  The only thing I received from Cheetah's was | 11:53:22 |
| 17 | the contract the day I was terminated. | 11:53:25 |
| 18 | Q  And how were the rules communicated to you? | 11:53:28 |
| 19 | A  Verbally. | 11:53:34 |
| 20 | Q  By who? | 11:53:35 |
| 21 | A  The door guy had told me the rules -- those | 11:53:37 |
| 22 | rules when I started working there.  And then I | 11:53:44 |
| 23 | believe one of the nighttime managers had also said | 11:53:46 |
| 24 | something about not working stage, you need to be on | 11:53:50 |
| 25 | the floor. | 11:53:54 |

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4            That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12            Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ ] was [ ] was not requested.
16            I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19            IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21
22   Dated:    11/06/2015    [signature: Meka Jones]
23
24                          TAMEKA N. JONES
25                          CSR No. 13417
```

Page 132