# EXHIBIT E

Khadijah Sief                                                September 13, 2017

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                COUNTY OF SAN DIEGO - CENTRAL DIVISION

 3

 4       -------------------------------
         JASMINE HAYES, on behalf of    )
 5       herself and on behalf of other)
         current and former employees; )
 6       KHADIJAH SIEF, on behalf of    )  Case No. 37-2015-
         herself and on behalf of other)  00011803-CU-BT-CTL
 7       current and former employees, )
                                        )
 8                    Plaintiffs,       )
                                        )
 9             vs.                      )
                                        )
10       RED EYED JACK'S SPORTS BAR,    )
         INC. dba CHEETAHS GENTLEMEN'S )
11       CLUB or CHEETAHS NIGHTCLUB, a )
         Nevada Corporation; SUZANNA    )
12       COE, an individual, and DOES 1)
         through 100, inclusive,        )
13                                      )
                      Defendants.       )
14       -------------------------------

15

16             VIDEOTAPED DEPOSITION OF KHADIJAH SIEF

17                     San Diego, California

18                  Wednesday, September 13, 2017

19

20

21

22

23

24       Reported by:   SHELLY M. BERRY
                        CSR No. 9896
25
```

```
 1        A.    Correct.
 2        Q.    Okay.  And, in fact, you had already
 3   left Cheetahs before 2014, correct?
 4        A.    Correct.
 5        Q.    All right.  So turn to Page 9, Line 34.
 6   And you'll see there it states, quote, "At the
 7   beginning of each shift, Cheetahs required
 8   plaintiffs to pay a daily," quote unquote, "'house
 9   fee' simply for showing up to work.  The minimum
10   fee per shift is $50."
11              So based upon what we've discussed
12   today, that also would be inaccurate, right?
13        A.    Yes.
14        Q.    And the $50 fee, that would be for
15   using the private room, correct?
16        A.    Correct.
17        Q.    All right.  So, in fact, there were no
18   other, quote unquote, house fees other than if you
19   wanted to use a private room there would be a $300
20   charge to the patron and a $50 charge by the adult
21   entertainer, correct?
22        A.    Correct.
23        Q.    Okay.  Go to Line 41 on Page 10.  It
24   talks about tipping out.  And it seems like there
25   is a reference of a 20 percent tip.
```

Khadijah Sief                                                September 13, 2017

1                    REPORTER'S CERTIFICATION

2

3          I, SHELLY M. BERRY, a Certified Shorthand

4   Reporter, hereby certify that the witness in the

5   foregoing deposition was by me duly sworn to tell the

6   truth, the whole truth and nothing but the truth in the

7   within-entitled cause;

8          That said deposition was taken down in shorthand

9   by me, a disinterested person, at the time and place

10  therein stated, and that the testimony of the said

11  witness was thereafter reduced to typewriting, by

12  computer, under my direction and supervision;

13         I further certify that I am not of counsel or

14  attorney for either or any of the parties to the said

15  deposition, nor in any way interested in the events of

16  this cause, and that I am not related to any of the

17  parties hereto.

18

19

20                       DATED:  September 27, 2017

21

22

23                       _____

24                       SHELLY M. BERRY

25                       CSR 9896

```
 1              DECLARATION UNDER PENALTY OF PERJURY
 2
 3      I, KHADIJAH SIEF, the witness herein, declare under
 4   penalty of perjury that I have read the foregoing in its
 5   entirety; and that the testimony contained therein, as
 6   corrected by me, is a true and accurate transcription of
 7   my testimony elicited at said time and place.
 8
 9      Executed this  6th    day of  November         2017,
10   at  San Diego              ,  California                .
11            (City)                      (State)
```

                                            KHADIJAH SIEF