# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIERRA DAVIS, on behalf of herself and on behalf of other current and former employees similarly situated et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RED EYED JACK'S SPORTS BAR, INC., a Nevada Corporation doing business as Cheetahs Gentleman's Club, doing business as Cheetahs Nightclub, et al.,<br><br>Defendants. | Case No.: 3:17-cv-01111-BEN-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

The Court has reviewed the parties' joint motion to dismiss, which represents the parties have reached a settlement and request dismissal of Plaintiffs' action with prejudice. (Docket No. 63.) Good cause appearing, the joint motion is **GRANTED**. Plaintiffs' action is **DISMISSED with prejudice**. The Court shall retain jurisdiction for the limited purpose of enforcement of the Settlement Agreement's terms.

**IT IS SO ORDERED.**

Dated: August 20, 2018

Hon. Roger T. Benitez
United States District Judge

1